

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2021

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
New York, New York 10007

      Re:    **United States v. Jheyson Montano-Fernandez, *et al.*,**
              **S12 19 Cr. 91 (DLC)**

Dear Judge Cott:

      The above-referenced charging instrument—Indictment S12 19 Cr. 91 (DLC)—charging defendant Jheyson Montano-Fernandez was filed under seal on September 22, 2020. The defendant's extradition from Colombia, where he was arrested pursuant to an arrest warrant and arrest request in this case, was recently finalized and it is anticipated that the defendant will arrive in our district on or about December 10, 2021. Accordingly, the Government respectfully requests that Indictment S12 19 Cr. 91 (DLC) be unsealed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

    By:    /s/
          Sam Adelsberg
          Matthew Hellman
          David Robles
          Assistant United States Attorneys
          (212) 637-2494 / 2278 / 2550

**SO ORDERED:**    12/09/2021

_____
JAMES L. COTT
United States Magistrate Judge