UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        19cr91-6 (DLC)
            -v-                          :
                                         :        ORDER
JHEYSON MONTANO-FERNANDEZ,               :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On January 19, 2023, the defendant Jheyson Montano-Fernandez was sentenced principally to a term of 144 months imprisonment and 4 years supervised release. He did not appeal his conviction. His motion for a sentence reduction pursuant to sentencing guidelines amendment 821 was denied on July 23, 2024.

On March 2, 2026 this Court received a letter from the defendant requesting the appointment of counsel, but making no other request. At this time, there is no motion for any requested relief pending on the docket. Accordingly, it is hereby

ORDERED that the request for counsel is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:    New York, New York
          March 11, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge