UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :          19cr91-6 (DLC)
             -v-                      :
                                      :             ORDER
JHEYSON MONTANO-FERNANDEZ,            :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     On April 24, 2026, the Government filed a letter requesting

that the defendant be appointed new counsel.  It is hereby

     ORDERED that the April 24 letter shall be filed under seal.

     IT IS FURTHER ORDERED that on-duty CJA counsel Sarah

Krissoff is appointed to represent the defendant.  The parties

shall confer and by May 8, 2026 file a letter with their

proposed next steps.

Dated:    New York, New York
          April 28, 2026

                                   _____
                                            DENISE COTE
                                   United States District Judge